USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _6/26/19_

# LALEH HAWA
ATTORNEY AT LAW

630 THIRD AVENUE, 19TH FLOOR, NEW YORK, NEW YORK 10017
(212) 983-0009/ FAX: (212) 949-6943

June 24, 2019

**MEMORANDUM ENDORSED**

<u>Via ECF</u>
Hon. Gregory H. Woods, U.S.D.J.
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re: **Intimo, Inc. v. Harleysville Preferred Insurance Company**
     **Civ. No. 19-04734-GHW**

Dear Judge Woods:

  This office represents the Plaintiff, Intimo, Inc. in the above-referenced matter. In accordance with Your Honor's Order filed on May 28, 2019, the Joint Letter and Proposed Case Management Plan is due today and the Pre-trial Conference has been scheduled for July 1, 2019.

  Please allow this to serve as a request for an extension to file the Joint Letter and Proposed Case Management Plan as well as the Pre-Trial Conference, in light of our conference with your Honor on June 21, 2019 and Your Honor's Order today granting our application to file an amended complaint by June 25, 2019.

  Defendant has consented to our request for an extension to file the Joint Letter and Proposed Case Management Plan to July 8, 2019 and for an extension of the Pre-Trial Conference to July 15, 2019.

  Thank you for your anticipated assistance in this matter.

              Respectfully submitted,
                /S/
              Laleh Hawa (LH 2231)

cc:   Elizabeth Festa Ahlstrand (*via ECF*)
      Seiger Gfeller Laurie LLP
      65 Memorial Road
      West Hartford, CT 06107

Application denied. The potential service of an amended complaint does not materially impact the anticipated issues to be discussed at the initial pretrial conference, nor does it justify delaying the commencement of discovery. The parties are directed to submit the documents due in advance of the initial pretrial conference forthwith and in no event later than June 27, 2019. The parties are reminded that Rule 1(E) of the Court's Individual Rules of Practice in Civil Cases requires, *inter alia*, that "[a]bsent an emergency, [any] request [for an extension of time] must be made at least two business days prior to the original due date."

SO ORDERED.

Dated: June 26, 2019
New York, New York

GREGORY H. WOODS
United States District Judge