```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
INTIMO, INC.,                                         :
                                                      :
                                                      :
                              Plaintiff,              :
                                                      :
              -v-                                     :       1:19-cv-4734-GHW
                                                      :
HARLEYSVILLE PREFERRED                                :       ORDER
INSURANCE COMPANY,                                    :
                                                      :
                              Defendant.              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The parties' application to adjourn current discovery deadlines while participating in mediation is granted. The deadlines in the case management plan are adjourned sine die. The parties are directed to write the Court by January 15, 2020, updating the Court on the status of the parties' settlement conversations, and proposing new discovery deadlines should mediation prove unsuccessful. The Court has entered a reference to the assigned magistrate judge for settlement by separate order.

In light of parties' request for mediation, Defendant's motion to dismiss, Dkt. No. 35, will be considered withdrawn. When the parties update the Court, Defendant may renew its motion to dismiss.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 35. The Clerk of Court is further directed to terminate the motion pending at Dkt. No. 45 as the Court has issued the requested letters rogatory.

SO ORDERED.

Dated: November 19, 2019
New York, New York                                    _____
                                                              GREGORY H. WOODS
                                                            United States District Judge