```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
INTIMO, INC.                                        :
                                                    :
                                    Plaintiff,      :
                                                    :                1:19-cv-4737-GHW
              -against-                             :
                                                    :              ORDER REFERRING CASE TO
HARLEYSVILLE PREFERRED INSURANCE                    :                 MAGISTRATE JUDGE
COMPANY,                                            :
                                                    :
                                    Defendant.      :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2019

The above entitled action is referred to a United States magistrate judge for the following purpose:

___ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific non-dispositive motion/dispute:
    _____
    _____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement

___ Inquest after default/damages hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
    Purpose: _____

___ Habeas corpus

___ Social Security

___ Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

    Particular motion: _____
    _____

    All such motions: _____

        SO ORDERED.

Date:   November 19, 2019
        New York, NY

_____
GREGORY H. WOODS
United States District Judge