# Cox Padmore Skolnik & Shakarchy LLP

Attorneys at Law

Laleh Hawa
Counsel
Also Admitted in
New Jersey

January 4, 2020

**(VIA ECF)**
Magistrate Judge James L. Cott
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:  **Intimo, Inc. v. Harleysville Preferred Insurance Company**
         **Civ. No. 19-04734-GHW**

Dear Magistrate Judge Cott:

  We are counsel for Plaintiff in this matter. In furtherance to my conversation with Your Honor's chambers on January 3, 2020, please allow this to serve as a request for an adjournment of the mediation presently scheduled for January 7, 2020 at 2:30 p.m.

  I have been counsel for the Plaintiff from the commencement of this action and there are no other attorneys in our firm familiar with this action. Unfortunately, as a result of an accident I have broken my leg and am unable to attend the settlement conference. In addition, in light of my injury I was unable to prepare and file the ex-parte submission as per Your Honor's Order dated November 22, 2019 as I have been unable to return to work.

  I have conferred with the counsel for the defendant and have secured their consent for this adjournment. In conferring with counsel for the defendant we respectfully request that the settlement conference be rescheduled for February 24, 2020 or during the week of March 2, 2020.
.
  For the foregoing reason, we respectfully request that the settlement conference presently scheduled for January 3, 2020 be adjourned to February 24, 2020 or during the week of March 2, 2020.

  Thank you for your courtesies and consideration.

                Respectfully submitted,

                /s/ Laleh Hawa
                Laleh Hawa, Esq. (2231)